1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9   MARK ANTHONY FLORES,                    CASE NO. 1:08-cv-01415-LJO-YNP PC

10              Plaintiff,                   ORDER GRANTING APPLICATION TO
                                            PROCEED IN FORMA PAUPERIS
11       v.
                                            and
12   L. FIGURES,
                                            ORDER DIRECTING PAYMENT OF INMATE
13              Defendant.                   FILING FEE BY CALIFORNIA DEPARTMENT
                                            OF CORRECTIONS
14
    _____/
15

16       Plaintiff Mark Anthony Flores ("Plaintiff") is a state prisoner proceeding pro se in this civil

17   rights action pursuant to 42 U.S.C. § 1983.  On August 26, 2008, Plaintiff filed an application to

18   proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required

19   by section 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.

20   Plaintiff is obligated to pay the statutory filing fee of $350,00 for this action.  28 U.S.C. §

21   1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of the

22   proceeding month's income credited to Plaintiff's trust account.  The California Department of

23   Corrections is required to send the Clerk of the Court payments from Plaintiff's account each time

24   the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. §

25   1915(b)(2).

26       Accordingly, IT IS HEREBY ORDERED that:

27       1.      Plaintiff's application to proceed in forma pauperis is GRANTED;

28       2.      **The Director of the California Department of Corrections or his deisgnee shall**

1

**collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and case number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Director of the California Department of Corrections, via the Court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

5. Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his/her prison trust account statement for the six-month period immediately preceding the filing of the complaint, if Plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **October 28, 2009**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE